United States District court, District of Montana
Missoula Division

James R. Elvend                    Complaint
, Plaintiff

Civil Action No.:

SEP 27 2021
Clerk, U.S. Courts
District of Montana
Missoula Division                  Jury Trial Demanded

V.

Lake County Montana
Ronan Police Department
Deputy Austin Rubel
Deputy Christian Haynes - Confederated Salish Kootenai tribes
Dispatcher of Ronan District/zone

, ~~Respondent~~ Defendants

I, James R. Elvend, was pulled over without cause on March 29th, 2021 ~~through~~ in the city of Ronan By Austin Rubel, where he, dispatch and the rest of Ronan Police Department or members of Lake County Sherrifs Department fabricated a ficticious plate scenario and illegaly initiated a traffic stop without cause

x James Elvend
James R. Elvend
, Plaintiff

Defendant, Ronan Police Department and chief _____, was at all times relevant times Herein the Police chief, superintendant, controler and chief opporater of the Ronan Police departments day to day operations and exictutses it's policies.

Defendant, Deputy Austin Rubel was and is at all Relevant times herein the Ronan Police department, conducting traffic stops, Responding to 911 calls, issuing citations, handeling evidence and brandishing badge and acting in a Sworn capacity as an officer of the law in all its duties and responsibilities

Defendant, Deputy Christian Haynes was and is at all Relevant times herein the Lake County confederated Salish and Kootenai tribes, Conducting traffic stops, Responding to 911 calls, issueing citations, handeling evidence, brandishing a badge, and acting in a sworn capacity as an officer of the law in all it's duties and responsibilities.

Defendant, Dispatcher of Ronan District/zone was and is at all Relevant times herein the Lake county assisted in traffic stops as dispatcher and 911 calls as dispatcher

Defendant, Lake county of Montana, Ronan, is and was at all Relevant times Herein a municipal cooperation of the State of Montana.

This action arises under and is brought Persuant to 42 U.S.C. Section 1983 to Remedy the deprivation under color of State Law, of rights gaurranteed by the Eighth and Fourteenth Amendments to the United States Constitutional. This Court has Jurisdiction over this action Persuant to 28 U.S.C. Sections 331 and 1343 as well as fourth Amendment Rights and violations. The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable Searches and Siezures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be Siezed.

I, James R. Elverud, Plaintiff, have no other Lawsuits dealing with the same facts involved in this action or otherwise Relating to their imprisonment.

I, James R. Elverud, Plaintiff, Have been Kept in the Lake County Jail Since March 29th 2021 untill present being subjected to illegaily obtained criminal and malicous prosecution and extreemly herrible living conditions

At all relevant times Herein, defendant~~less~~ I, James R. Elverud, for the purpose of 42 U.S.C.

1983 and acted under color of law to deprive me, James R. Elverud, of my constitutional rights as set fourth morefully Below.

1.) At 7:04 PM March 29th 2021 Ronan Deputy Austin Rubel asked for a return on the liscense plate of the 1995 Blue Buick Regal that I was driving. The dispatch advised Deputy Rubel that the plate was to a 1998 white Kenworth Roadmaster motorhome. Deputy Rubel then initiated the traffic stop on grounds of me, James R. Elverud, and the woman driving my car, Kelsea Rodriguez, bramdishing a ficticous plate. The plate number that Deputy Rubel and dispatch were discussing was/is 416192C wich may or may not be the plate number to a motorhome, but I is not the plate I had on my car.

At 7:18 PM March 29th 2021 Deputy Christian Haynes of the Salish and Kootenai Tribes searched my 1995 Blue Buick Regal and asked for a return on the plates that were/are on my car. The number that he ran was/is 416917C and per dispatch notes comes back as is, a valid return with correct plate numbers for the make, model, and vin of a 1995 Blue Buick Regal, Not Stolen, expires March 31st 2021. Deputy Rubel and dispatch double checked and confirmed the wrong and improper plate initiating the traffic stop illegaly and froticously

without cause to do so. In the last Decade or more Ronan Police Department, Police chiefs, and officers have been riddled and desimated with corruption, nepitism, falsification of documents, mishandeling of evidence, and very low conduct wich indicates poor moral authority on every level from top to bottom. Many civil suits have been won and settled quitly against the defending agencies and their workers named as defendants individualy and overall. The defendants have been investigated by POST and other agencies where they were found to be guilty of these gross negligent acts and repremanded time and time again. Yet they still do as they please rather than what is within the rights of all United States citizens. Lake County and Ronan Police Department is at it again.

I, James R. Elvrend, Declare under penalty of Purjery that the forgoing is true and correct

x James R. Elvrend
, Plaintiff

Date: 9/21/2021

## PRAYER FOR RELIEF

I, James R. Elvevold, Plaintiff, Request an order declaring that the defendants have acted in violation of the United States Constitution.

I, James R. Elvevold, Plaintiff, Request an injuction compelling the defendants to provide, Adiquate Policing, Training, Moral efficency testing, Hiring, Communication skills and tactics, Defined rules of Nepitism.

I, James R. Elvevold, Plaintiff also request that at injuction the Lake county and Ronan Police forces Misconduct be under Scrutiny and consideration for all of their wrongs in the last 70 years, since more incidents continue to arrise it shows that they will not take action to becoming a ligitimente police agency or county and must be held and made accountable beyond their own Scrutiny and decision making

I, James R. Elvevold, Plaintiff, Request that the defendants be charged and repremanded in Court for crimes that theyr actions constitute including mistreating a prisoner (MCA 45-5-204) since I have had to remain in the dungion that they call a detention center since the date of the illegal Search and Siezure.

I, James R. Elvevold, Plaintiff request $1,500.00 for each day of my incarceration where I was housed

12

in the Lake County Detention Center as compensatory damages.

I, James R. Elverud, Plaintiff request compensation for my 1995 Buick Regal that I payed $800.00 for as compensatory damages. Allso lost in the trunk of car two Dragon Hawk tattoo pen rotary machine setups with power suply, pedals, cords ink amounting to $350.00 A full color Intenze ink set specialty tattoo ink (New) amounting to $189.00; A Black and Gray portriat Set of Intenze specialty ink (New) amounting $89.00 and 6 boxes of assorted snap on high end tattoo needles and tips amounting to $300.00

Totaling: $928.00 + $800.00 for car

I, James R. Elverud, Plaintiff, as a full time tattooest charge a minimum of $100.00 per hour of tattooing I do. At eight hours per day five days per week I am requesting compensation for the money I would have made if not incarcerated wich amounts to a conservative number of $4,000.00 a week for every week I have been away from the opportunity to work as a tattoo artist

I, James R. Elverud, Plaintif, Requests $2,000,000.00 for punitive damages. Since In the Jail I was placed on the violent offender block with no classification when I am not a registered violent offender or here for a violent crime. while there I was viciously assaulted by 4 inmates. My nose was broke, my rib was broke and my left eye socket was broken in three

parts, I have experienced vision loss pain and most of all PTSD.

I, James R. Elverud, requests Attorney fees and costs for any and all attorneys assigned to me.

Signed this 21st day of September 2021.

x James R. Elverud
James R. Elverud
, Plaintiff